# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3650

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| James Franklin Patten, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 12, 1999

Filed: May 13, 1999

_____

Before BEAM and HEANEY, Circuit Judges and FENNER,[1] District Judge.

_____

PER CURIAM.

James Franklin Patten appeals the district court's[2] imposition of a twelve-month sentence under U.S.S.G. § 7B1.4 for violating a condition of his supervised release.

___

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri, sitting by designation.

[2]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

Having carefully reviewed the record and the parties' briefs, we affirm the district court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.